# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS B. FOSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01596-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO OPEN A NEW PRISONER CIVIL RIGHTS ACTION WITH FIRST AMENDED COMPLAINT AS THE OPERATIVE COMPLAINT<br><br>(ECF No. 12) |

　　　　Plaintiff Jonas B. Foster is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed the instant action on November 12, 2020.

　　　　On January 5, 2021, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable deliberate indifference claim against Defendants Dr. Alla Liberstein and the Tulare County Sheriff's Department.  (ECF No. 11.)  Plaintiff was directed to either file a first amended complaint or notify the Court of his intent to proceed only on the claim found to be cognizable.  (Id.)

　　　　On January 15, 2021, Plaintiff filed a notice of intent to proceed on the claim found to be cognizable, along with a first amended complaint relating to his foot injury.  (ECF Nos. 12, 13.)  In his notice, Plaintiff indicates that he wishes to open a new civil rights action with regard to his foot injury. (ECF No. 13 at 2.)

Accordingly, it is HEREBY ORDERED that the Clerk of Court shall open a new prisoner civil rights action and file the first amended complaint (ECF No. 12) as the operative complaint.  Plaintiff will be required to pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* in the new action.

IT IS SO ORDERED.

Dated:   **January 19, 2021**

UNITED STATES MAGISTRATE JUDGE

2