UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS B. FOSTER<br><br>        Plaintiff,<br><br>    v.<br><br>TULARE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01596-NONE-SAB (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS</u><br><br>(Doc. No. 15) |

        Plaintiff Jonas B. Foster is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 19, 2021, the magistrate judge issued findings and recommendations recommending that this action proceed on plaintiff's deliberate indifference claim against defendants doctor Alla Liberstein and the Tulare County Sheriff's Department.  (Doc. No. 15.)  The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen (14) days.  (*Id.* at 2.)  No objections were filed and the time to do so has expired.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 19, 2021 (Doc. No. 15), are adopted in full;
2. This action shall proceed on plaintiff's deliberate indifference claim against defendants Doctor Alla Liberstein and the Tulare County Sheriff's Department; and
3. All others claims and defendants are dismissed from the action.

IT IS SO ORDERED.

Dated: **March 5, 2021**

_____
UNITED STATES DISTRICT JUDGE