UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS B. FOSTER<br><br>Plaintiff,<br><br>v.<br><br>TULARE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 1:20-cv-01596-NONE-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>(ECF No. 29) |

Plaintiff Jonas B. Foster is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to amend and/or supplement the complaint, filed July 9, 2021. Defendants did not file an opposition and the time to do so has now passed. See Local Rule 230(l).

Because Defendants have already answered the complaint, Rule 15(a)(2) of the Federal Rules of Civil Procedure govern whether Plaintiff may amend. Under Rule 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave" and the "court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

///

///

1

Here, Plaintiff seeks to amend and/or supplement the first amended complaint to add that he is suing Defendants in their individual capacities. Based on the lack of opposition and in the interest of justice, Plaintiff's motion to amend shall be granted. Accordingly, it is HEREBY ORDERED that the first amended complaint filed on January 15, 2021 (ECF No. 12) is AMENDED to reflect that Defendants "are sued in their individual capacity." (ECF Nos. 29.)

IT IS SO ORDERED.

Dated:   **August 11, 2021**

UNITED STATES MAGISTRATE JUDGE